**COZEN O'CONNOR**
Valerie Rojas (SBN 180041)
*vrojas@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7965
Facsimile: (213) 784-9076

Attorneys for Plaintiff
SCOTTSDALE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE LATINO COALITION, a Delaware Corporation, and Hector Barreto,<br><br>Defendants. | Case No.: 8:21-CV-00989-JVS-JDE<br><br>**PLAINTIFF SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Filed Concurrently with Memorandum of Points and Authorities in Support of Motion for Default Judgment; Request for Judicial Notice; Declaration of Valerie D. Rojas; [Proposed] Order; and [Proposed] Judgment]<br><br>DATE: March 14, 2022<br>TIME: 1:30 p.m.<br>DEPT: 10C |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that on March 14, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10C of the above-entitled court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Plaintiff Scottsdale Indemnity Company ("Scottsdale") will, and hereby does, move this Court for an Order Granting Default Judgment against Defendants to Federal Rules of Civil Procedure Rule 55.

1

1  The Motion for Default Judgment is based upon Defendants failure to respond to Scottsdale's First Amended Complaint ("FAC") in this action despite being served with the FAC. Defendants are not minors or members of the military, and are not incompetent. Default was entered on December 10, 2021 (ECF 26) against Defendants on Scottsdale's FAC (ECF 20).

This Motion for Default Judgment is based on this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, and the Declaration of Valerie D. Rojas as well as the record on file or any other matter the Court considers.

Dated: February 2, 2022                COZEN O'CONNOR

By: */s/ Valerie D. Rojas*
    Valerie D. Rojas
    Attorney for Plaintiff SCOTTSDALE INDEMNITY COMPANY

2

LEGAL\56109819\1