UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE LATINO COALITION, a Delaware Corporation, and Hector Barreto,<br><br>Defendants. | Case No.: 8:21-CV-00989-JVS-JDE<br><br>**JUDGMENT FOR PLAINTIFF SCOTTSDALE INDEMNITY COMPANY** |

After consideration of the admissible evidence, and the authorities of the parties, the Court finds that Scottsdale is entitled to default judgment as a matter of law as set forth in the Order at Docket No. 32, and IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to the definition of Claim under the Policy, there is no coverage under the Policy for Defendants in connection with the Subpoenas or Indictment;

2. Scottsdale is not required to pay for Defendants' independent counsel in connection with the Subpoenas or Indictment;

3. Pursuant to the application of the Condition to cooperate, there is no coverage under the Policy for Defendants in connection with the Subpoenas or Indictment;

1

4. Pursuant to the terms of the Policy, there is no coverage under the Policy for defense costs incurred by The Latino Coalition prior to its tender of the subpoena to Scottsdale, and that there is no coverage for defense costs incurred by Hector Barreto prior to his tender of the Indictment to Scottsdale.

Dated: April 29, 2022

_____
The Honorable James V. Selna
United States District Court Judge